# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.  CV 17-4783-SS | Date: March 26, 2018 |
| | Page 1 of 1 |

Title:    Angel Shaw v. Abbott Laboratories, Inc., et al.

| DOCKET ENTRY: | OSC RE PLAINTIFF'S FAILURE TO FILE NOTICE OF IN CAMERA FILING |
|---|---|

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

## PROCEEDINGS: (IN CHAMBERS)

On March 6, 2018, the Court ordered Plaintiff to submit records for in camera review. The deadline was extended to March 21, 2018, and Plaintiff was required to file a Notice of In Camera Filing on the docket, to confirm to Defendant that records were submitted. No such Notice has been filed on the docket, however, Accordingly, within 7 days of the date of this Order, Plaintiff shall file a response to the OSC explaining why she has failed to comply with the Court's order. In lieu of a response, Plaintiff may file a Notice of In Camera Submission," as required by the March 6, 2018 order. Failure to comply with this Order may result in the imposition of sanctions.

IT IS SO ORDERED.

MINUTES FORM 11
CIVIL-GEN                                                                                        Initials of Deputy Clerk   mr