**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL SHAW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>　　　　Defendants. | Case No. CV 17-4783 SS<br><br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order Granting in Part Defendants' Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that Judgment is entered against Plaintiff Angel Shaw and in favor of Defendants Abbott Laboratories, Inc.; Abbott Laboratories, Inc. d/b/a Abbott Sales, Marketing and Distribution Co.; and Abbott Laboratories, d/b/a Abbott Nutrition, on all claims alleged in this action.

\\

\\

\\

IT IS FURTHER ADJUDGED that the above-captioned action is DISMISSED WITH PREJUDICE.

DATED: August 13, 2018

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE